Form 163

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Information to identify the case:

Debtor 1: Megan Ann Freeman

6295 Post Oak Lane
Gulf Breeze, FL 32563

Social Security number or ITIN: xxx−xx−2903
EIN: __−_______

Date case filed for chapter: 7 6/22/26

Case number: 26−80198

## Notice of Tentative Hearing
## TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**TAKE NOTICE THAT** the following request has been made with the Court:

*Motion for Relief From Stay regarding 2017 GMC Sierra 1500 filed by Creditor Santander Consumer USA Inc. dba Chrysler Capital.*

**TAKE FURTHER NOTICE THAT** any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 8/31/26 with the movant and with the U.S. Bankruptcy Court at the following address:

United States Bankruptcy Court
101 S. Edgeworth St.
Greensboro, NC 27401

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, **a hearing** on the motion will be held.

Hearing Details:

| | |
|---|---|
| Hearing Date: | 10/1/26 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | Courtroom 2, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 8/19/26

OFFICE OF THE CLERK/TR